UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Enrique BRIONES AGUILAR, | Case No.: 26-cv-4602-AGS-SBC |
| Petitioner, | **ORDER DISMISSING PETITION FOR FAILURE TO NAME WARDEN AND PAY FILING FEE** |
| v. | |
| ACTING FIELD OFFICE DIRECTOR, et al., | |
| Respondents. | |

Unrepresented petitioner Carlos Briones Aguilar seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention. But there are two fatal problems with his case. First, this Court lacks jurisdiction because Briones Aguilar did not name "the proper respondent," that is, "the warden of the facility where [he] is being held." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004); *see also* 28 U.S.C. § 2242 (prescribing that a habeas corpus application allege "the name of the person who has custody over" the petitioner). Second, he did not pay the mandatory $5 filing fee nor seek leave to waive that requirement by moving to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a) ($5 filing fee for "application for a writ of habeas corpus"); CivLR 3.2 (local rules for actions *in forma pauperis*); *see also* Rules 1(b) & 3(a), Rules Governing Section 2254 Cases in the U.S. District Courts.

Thus, the habeas petition is **DISMISSED**. If petitioner chooses to file an amended petition, he must name the proper respondent and either pay the $5 fee or move to proceed *in forma pauperis*. Any amended petition is due **September 11, 2026**.

Dated:  August 13, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1